UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:22CR-020 |
| | : | |
| v. | : | JUDGE J. COLE |
| | : | |
| | : | **INDICTMENT** |
| YUSUF OLOYEDE, | : | |
| | : | 18 U.S.C. § 1349 |
| Defendant. | : | 18 U.S.C. § 1030(b) |
| | : | |
| | : | **FORFEITURE ALLEGATION** |
| | : | |

**THE GRAND JURY CHARGES**:

At all times relevant to this Indictment:

1. Defendant YUSUF OLOYEDE is an individual who is believed to be a resident and citizen of Nigeria.

2. Bank A is a bank with offices and branches within the Southern District of Ohio. Bank A is a financial institution insured by the Federal Deposit Insurance Corporation.

### COUNT 1
### (Conspiracy to Commit Bank Fraud)

#### The Conspiracy

3. Paragraphs 1 and 2 of the Indictment are incorporated and restated herein.

4. From on or about May 2018 through on or about February 2019, in the Southern District of Ohio and elsewhere, the defendant YUSUF OLOYEDE, and others known and unknown to the Grand Jury, did knowingly and willfully conspire with each other and with others known and unknown to the Grand Jury to execute a scheme and artifice to defraud a financial institution, namely Bank A in the Southern District of Ohio, whose deposits were insured by the Federal Deposit Insurance Corporation ("FDIC"), and to obtain monies,

1

funds, credits, and property owned by and under the custody and control of Bank A by means of materially false and fraudulent pretenses, representations, and promises, in violation of 18 U.S.C. § 1344.

## Purpose and Object of the Conspiracy

5. The purpose and object of the conspiracy was for the defendant, YUSUF OLOYEDE, and others, to unjustly enrichment themselves by fraudulently diverting funds for closings from Bank A using a computer intrusion as well as by using a deceptive "spoofed" email to redirect the funds, thereby obtaining money from a financial institution by fraud.

## The Manner and Means of the Conspiracy

6. The manner and means by which the defendant, YUSUF OLOYEDE, and others, sought to accomplish the objectives of the conspiracy included the following:

    a. It was part of the conspiracy that members of the conspiracy, known and unknown to the Grand Jury, committed a computer intrusion into Bank A in the Southern District of Ohio and set up an unauthorized command to forward emails from Bank A to email accounts controlled by the conspirators.

    b. In August 2018, YUSUF OLOYEDE and others conspired to send a "spoofed" email that fraudulently changed the wiring instructions for three closings and transferred those stolen funds from Bank A in the Southern District of Ohio to an account outside the Southern District of Ohio.

    c. Under the direction of the coconspirators, including YUSUF OLOYEDE, the stolen funds in the account were transferred in part to the coconspirators. A portion of the funds were recovered by law enforcement.

**In violation of 18 U.S.C. § 1349.**

## COUNT 2

### (Conspiracy to Commit Unauthorized Computer Intrusion)

7. Paragraphs 1, 2, 5, and 6 of the Indictment are incorporated and restated herein.

### The Conspiracy

8. From on or about May 2018 through on or about February 2019, within the Southern District of Ohio and elsewhere, the defendant, YUSUF OLOYEDE, and others known and unknown to the Grand Jury, did knowingly and willfully conspire with each other and others known and unknow to the Grand Jury to commit the following offense:

   a. To knowingly and with intent to defraud, access a protected computer without authorization and by means of such conduct furthered the intended fraud and obtained something of value other than use of the computer, specifically, money the value of such use was more than $5,000 within a 1-year time period, in violation of 18 U.S.C. §§ 1030(a)(4).

**In violation of 18 U.S.C. § 1030(b).**

### FORFEITURE ALLEGATION 1

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, YUSUF OLOYEDE, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, including but not limited to, a sum of money equal to the amount of proceeds the defendants obtained as a result of the offense.

### SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

3

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

A TRUE BILL.

_/S/_
FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

*[signature]*
TIMOTHY S. MANGAN, 069287
ASSISTANT UNITED STATES ATTORNEY

EG